## 33698. ROBINSON v. THE STATE.

NICHOLS, Chief Justice.

The appellant was tried for and convicted of murder and was sentenced to life imprisonment. His conviction was affirmed by this court. *Robinson v. State,* 238 Ga. 451 (233 SE2d 197) (1977). The present appeal is from the refusal of the trial court to issue a mandamus absolute against the clerk of the superior court of Fulton County to compel the clerk to furnish Robinson a copy of his trial transcript.

In accordance with *Mydell v. Clerk, Superior Court of Chatham County,* 241 Ga. 24 (243 SE2d 72) (1978), the state need not provide appellant with a second copy of the trial transcript previously furnished to him for his appeal in *Robinson v. State,* supra.

The trial court did not err in refusing to issue mandamus absolute.

*Judgment affirmed. All the Justices concur.*

SUBMITTED JUNE 2, 1978 — DECIDED JULY 6, 1978.

Arthur Robinson, *pro se.*

*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Assistant District Attorney,* for appellee.